NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,**
*Plaintiff-Appellant,*

v.

**ENTERGY NUCLEAR INDIAN POINT 2, LLC,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2010-5154, -5155, -5157

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2622 and 04-CV-033, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## O R D E R

The United States moves without opposition to clarify the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the previous scheduling order is revised to indicate that the United States' response/reply brief, not to exceed 14,000 words, is due within 40 days of service of Consolidated Edison's response/reply brief.

FOR THE COURT

FEB 0 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Elaine J. Goldenberg, Esq.
     Alexander D. Tomaszczuk, Esq.
     Andrew P. Averbach, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 03 2011

**JAN HORBALY**
**CLERK**